FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 1 9 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>vs.<br><br>Harry Alexander Knight,<br><br>          Defendant. | CR-19-00176-PHX-SMB (JZB)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 2261A(2) and 2261(b)<br>(Cyberstalking)<br>Count 1<br><br>18 U.S.C. § 875(c)<br>(Interstate Communications<br>Containing Threat)<br>Counts 2-14<br><br>18 U.S.C. § 844(e)<br>(Threat – Explosive Materials)<br>Count 15 |

THE GRAND JURY CHARGES:

## COUNT 1

Beginning on or about April 12, 2018, and continuing until on or about October 1, 2018, in the District of Arizona and elsewhere, the defendant, HARRY ALEXANDER KNIGHT, with the intent to kill, injure, harass, and intimidate another person, used any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would reasonably have been expected to cause substantial emotional distress to M.B., and placed him in reasonable fear of death and serious bodily injury.

In violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

## COUNT 2

On or about September 9, 2018, in the District of Arizona and elsewhere, the defendant, HARRY ALEXANDER KNIGHT, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, the defendant posted to Facebook a threat to kill M.B.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 3

On or about September 10, 2018, in the District of Arizona and elsewhere, the defendant, HARRY ALEXANDER KNIGHT, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, the defendant posted to Facebook a threat to kill M.B.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 4

On or about September 11, 2018, in the District of Arizona and elsewhere, the defendant, HARRY ALEXANDER KNIGHT, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, the defendant called by telephone and left a voicemail message at the Arizona Attorney General's Office threatening to kill employees of that office.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 5

On or about October 1, 2018, in the District of Arizona and elsewhere, the defendant, HARRY ALEXANDER KNIGHT, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, the defendant posted to Twitter a threat to kill M.B.

In violation of Title 18, United States Code, Section 875(c).

//

## COUNT 6

On or about October 1, 2018, in the District of Arizona and elsewhere, the defendant, HARRY ALEXANDER KNIGHT, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, the defendant posted to Twitter a threat to kill M.B.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 7

On or about October 1, 2018, in the District of Arizona and elsewhere, the defendant, HARRY ALEXANDER KNIGHT, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, the defendant posted to Facebook a threat to kill M.B.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 8

On or about October 1, 2018, in the District of Arizona and elsewhere, the defendant, HARRY ALEXANDER KNIGHT, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, the defendant posted to Facebook a threat to kill M.B.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 9

On or about October 1, 2018, in the District of Arizona and elsewhere, the defendant, HARRY ALEXANDER KNIGHT, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, the defendant posted to Facebook a threat to kill M.B.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 10

On or about October 1, 2018, in the District of Arizona and elsewhere, the defendant, HARRY ALEXANDER KNIGHT, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, the

defendant posted to Facebook a threat to kill M.B.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 11

On or about October 1, 2018, in the District of Arizona and elsewhere, the defendant, HARRY ALEXANDER KNIGHT, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, the defendant posted to Facebook a threat to kill M.B.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 12

On or about October 1, 2018, in the District of Arizona and elsewhere, the defendant, HARRY ALEXANDER KNIGHT, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, the defendant posted to Facebook a threat to kill M.B.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 13

On or about October 1, 2018, in the District of Arizona and elsewhere, the defendant, HARRY ALEXANDER KNIGHT, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, the defendant posted to Facebook a threat to kill M.B.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 14

On or about January 17, 2019, in the District of Arizona and elsewhere, the defendant, HARRY ALEXANDER KNIGHT, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, the defendant threatened to kidnap and harm B.M. during a telephone call.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 15

On or about October 1, 2018, in the District of Arizona and elsewhere, the

defendant, HARRY ALEXANDER KNIGHT, through the use of an instrument of interstate and foreign commerce, willfully made a threat to kill, injure and intimidate M.B., by means of fire or an explosive.

In violation of Title 18, United States Code, Section 844(e).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: February 19, 2019

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/*
CHRISTINE D. KELLER
WILLIAM G. VOIT
Assistant U.S. Attorneys