**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Harry Alexander Knight,<br><br>　　　　　　Defendant. | No. CR-19-00176-001-PHX-MTL<br><br>**ORDER** |

　　　　The Court considers Defendant Harry Alexander Knight's Motion to Provide Access to a Laptop Computer. (Doc. 62.) The Motion asks for an order from this Court directing that the Court's information technology department provide Mr. Knight with a computer to use at the CoreCivic facility in Florence, Arizona. The reason for this request is so that Mr. Knight can review extensive electronic discovery that spans different software platforms.

　　　　Mr. Knight, however, is now in the custody of Maricopa County Sheriff Paul Penzone and awaiting trial on state charges in the Arizona Superior Court. According to the Motion, "[i]t is anticipated that Mr. Knight will remain in state custody at least until his scheduled state trial currently scheduled for August 31, 2020." (*Id*. at 1.) Under these circumstances, the Motion asks that this Court "recommend or issue an order to the Maricopa County Superior [C]ourt and/or the Maricopa County Jail" that those entities allow him to use the computer. (*Id*., Doc. 67.)

　　　　The Motion will be denied. First, Mr. Knight has not shown that this Court has

jurisdiction to issue an order to the State of Arizona recommending that he possess a laptop. Second, even if the Court had such jurisdiction, the Court finds that the option of defense counsel meeting with Defendant virtually through video visitation to review all discovery is adequate to allow Defendant to meaningfully participate in his defense, and the motion fails to show why this type of consultation is inadequate. (*See* Doc. 64 at 7.) The Court will not consider the alternative relief sought in the Reply, that Mr. Knight be returned to federal custody until trial (Doc. 67 at 3), because the Court does not rule on relief requested for the first time in a reply brief.

This Order is without prejudice to Mr. Knight seeking a continuance of the trial date if Defendant can show that virtual meetings or reviewing paper discovery has extended the time needed for trial preparation.

Accordingly,

**IT IS ORDERED** that the Motion to Provide Access to a Laptop Computer (Doc. 62) is denied.

Dated this 21st day of July, 2020.

Michael T. Liburdi
United States District Judge